UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:20-cv-82267-DMM

| | |
|---|---|
| HOWARD COHAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| DISCOUNT AUTO PARTS, LLC, a foreign limited liability company d/b/a ADVANCE AUTO PARTS, | ) ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant, DISCOUNT AUTO PARTS, LLC d/b/a ADVANCE AUTO PARTS ("Defendant"), through its undersigned counsel and pursuant to Local Rule 16.4, S.D. Fla., notifies the Court that the parties have reached a settlement of all claims in this matter. Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 20th day of January, 2021.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 North Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone:    (407) 246-8440


        By:    */s/ Alicia M. Chiu*
                Alicia M. Chiu
                Florida Bar No. 0058366
                alicia.chiu@jacksonlewis.com

        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of January, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record on the Service List below.

        */s/ Alicia M. Chiu*
          Alicia M. Chiu

## **SERVICE LIST**

Gregory S. Sconzo, Esquire
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
(561) 729-0940
Fax #: (561) 491-9459
Florida Bar No. 0105553
E-mail:  greg@sconzolawoffice.com
Counsel for Plaintiff


4819-7017-7967, v. 1